175 A.3d 157

MIHAI PASNICU, PLAINTIFF–PETITIONER, v. DOLORES MUZZICATO, DEFENDANT.

C–252 September Term 2017
079223

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004452–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 158

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. OLEG SHTUTMAN, DEFENDANT–PETITIONER.

C–250 September Term 2017
079403

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000812–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.